**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3794-23

660 PASCACK REALTY, LLC,

    Plaintiff-Appellant,

v.

TOWNSHIP OF WASHINGTON
ZONING BOARD OF
ADJUSTMENT,

    Defendant-Respondent.

_____

        Argued March 25, 2026 – Decided August 11, 2026

        Before Judges Gummer, Paganelli, and Vanek.

        On appeal from the Superior Court of New Jersey, Law Division, Bergen County, Docket No. L-4133-23.

        Bruce E. Whitaker argued the cause for appellant (McDonnell & Whitaker, LLC, attorneys; Bruce E. Whitaker, on the briefs).

        Louis J. Lamatina argued the cause for respondent.

PER CURIAM

The parties submitted a Stipulation of Dismissal agreeing to the dismissal of the appeal in its entirety, with prejudice, and without costs. Accordingly, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

M.C. Hanley

Clerk of the Appellate Division

A-3794-23